UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDNA TAJONERA, et al | CIVIL ACTION |
| VERSUS | NO: 13-366<br>Ref: 13-5137, 13-5508 & 14-374 |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC | SECTION: "G" |

### ORDER OF DISMISSAL

The Court having been advised that the Canencia plaintiffs, the Tamayo plaintiffs and Renato Dominguez have firmly agreed upon a compromise,

**IT IS ORDERED** that the above referenced civil actions are hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified by counsel not to appear.

New Orleans, Louisiana, this 27th day of June, 2016.

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE